UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Erroll Tyler and Nautical Tours, Inc., )
Plaintiffs )
 )
 )
v. )
 ) Civil Action No. 1:09-cv-10235-DPW
The City of Boston and )
Edward Davis in his official capacity )
as Police Commissioner of the City of Boston, )
Defendants )

## CERTIFICATION

Pursuant to Local Rule 16.1, Plaintiffs Erroll Tyler and a representative from Nautical Tours, Inc., who is also Erroll Tyler, have conferred with undersigned counsel about the cost of litigating this case. The Plaintiffs and undersigned counsel also discussed the possibility of resolving this case through alternative dispute resolution programs.

DATED this 2nd day of June, 2009

Respectfully submitted,

NAUTICAL TOURS, INC.                        INSTITUTE FOR JUSTICE

_Erroll Tyler_                              _Jeff Rowes_
Erroll Tyler                                Jeff Rowes*
296 Main Street, Suite 1E                   (NY Bar No. 4211991)
Melrose, MA 02176                           William H. Mellor*
Tel: 781-662-2680                           (DC Bar No. 462072)
Fax: 781-662-2680                           901 North Glebe Road,
                                            Suite 900
                                            Arlington, Virginia 22203
                                            Tel: (703) 682-9320
                                            Fax: (703) 682-9321
                                            Email: jrowes@ij.org; wmellor@ij.org
                                            *Admitted Pro Hac Vice
                                            Attorneys for Plaintiffs



## CERTIFICATE OF SERVICE

    I hereby certify that on June 2, 2009, a true and exact copy of the above CERTIFICATION has been filed electronically. Notice of this filing will be sent via e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

INSTITUTE FOR JUSTICE

/s/ Jeff Rowes
Jeff Rowes *
(NY Bar No. 4211991)
*Admitted *Pro Hac Vice*