UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 09-0235-DPW

Erroll Tyler and Nautical Tours, Inc.,
       PLAINTIFFS
       v.

THE CITY OF BOSTON AND EDWARD DAVIS in his official capacity as Police Commissioner of the City of Boston,
       DEFENDANTS

CERTIFICATE OF COUNSEL FOR DEFENDANTS
Pursuant to L.R. 16(D)(3)

Counsel for the Defendants hereby certifies that I have conferred with the Defendants:

(a) with a view to a budget for the litigation, from beginning to end, considering the costs of alternative courses towards resolution; and

(b) the possible resolution of the dispute through ADR mechanisms such as those suggested in L.R. 16.4.

Signature of Authorized Representative   Respectfully submitted,

DEFENDANT
By its attorney:
William F. Sinnott
Corporation Counsel

/s/ Susan M Weise
Susan Weise BBO No. 545455
First Assistant Corp. Counsel
City of Boston Law Department
Room 615, City Hall
Boston, MA 02201

/s/ Suchita Desai
Suchita Desai BBO No. 666165
Kristina Racek Pechulis, BBO No. 661118
Assistant Corporation Counsel
City of Boston Law Department
Room 615, City Hall
Boston, MA 02201
(617) 635-4046 (Desai)
(617) 635-4022 (Pechulis)